Same case below, 566 F.3d 111.

No. 09-1036. David L. Henderson, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.

561 U.S. 1024, 130 S. Ct. 3502, 177 L. Ed. 2d 1089, 2010 U.S. LEXIS 5452.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 589 F.3d 1201.

No. 09-1163. Glen Scott Milner, Petitioner v. Department of the Navy.

561 U.S. 1024, 130 S. Ct. 3505, 177 L. Ed. 2d 1089, 2010 U.S. LEXIS 5361.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 575 F.3d 959.

No. 09-6822. Jason Pepper, Petitioner v. United States.

561 U.S. 1024, 130 S. Ct. 3499, 177 L. Ed. 2d 1089, 2010 U.S. LEXIS 5375.

June 28, 2010. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted.

Same case below, 570 F.3d 958.

No. 08-1515. Golden Gate Restaurant Association, Petitioner v. City and County of San Francisco, California, et al.

561 U.S. 1024, 130 S. Ct. 3497, 177 L. Ed. 2d 1089, 2010 U.S. LEXIS 5478.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 546 F.3d 639.

No. 09-1. Holy See, Petitioner v. John V. Doe.

561 U.S. 1024, 130 S. Ct. 3497, 177 L. Ed. 2d 1089, 2010 U.S. LEXIS 5492.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 557 F.3d 1066.

No. 09-377. National Labor Relations Board, Petitioner v. Laurel Baye Healthcare of Lake Lanier, Inc.

561 U.S. 1024, 130 S. Ct. 3498, 177 L. Ed. 2d 1089, 2010 U.S. LEXIS 5415.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 564 F.3d 469.